UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | CASE NO.   CR06-451 MJP |
| ) | |
| v.   ) | |
| ) | |
| JEREMY DAVID HAFFNER,   ) | DETENTION ORDER |
| ) | |
| Defendant.   ) | |
| ) | |
| _____ ) | |

Offenses charged:

    Counts I & III:    Attempted Bank Robbery

    Counts II & IV    Bank Robbery

Date of Detention Hearing: January 30, 2007

    The Court, having conducted an initial appearance and uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Barbara Severs standing in for Michael Lang.  The defendant was represented by Paula Deutsch.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Due to the nature of the instant offense, defendant is viewed as a risk of danger to the community.

    (2)    The defendant does not contest detention.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

DETENTION ORDER
PAGE -1-

**It is therefore ORDERED:**

(l)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of January, 2007.

*/s/ M. J. Benton*
MONICA J. BENTON
United States Magistrate Judge